UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE KENNETH STUCKEY,

    Plaintiff,

v.

JULIANN KNIGHT, et al.,

    Defendants.

Case No. 19-cv-05460-YGR (PR)

**ORDER STAYING ACTION AND REFERRING FOR SETTLEMENT PROCEEDINGS; DIRECTIONS TO CLERK; AND TERMINATING PENDING MOTIONS AS MOOT**

The Court finds that this action should be referred to Magistrate Judge Robert M. Illman for settlement proceedings.[1]

Accordingly, the Court hereby REFERS this case to Magistrate Judge Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. Such proceedings shall take place within 120 days of the date this Order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit. Magistrate Judge Illman shall coordinate a place, time and date for one or more settlement conferences with all interested parties and/or their representatives and, within ten (10) days after the conclusion of all settlement proceedings, shall file with the Court a report thereon.

Magistrate Judge Illman is advised that the docket contains a March 3, 2020 Order of Partial Dismissal and Service.

---

[1] In Plaintiff's other pending action, *Stuckey v. Howard*, Case No. 19-cv-03691-YGR (PR), Defendants' attorney, Deputy Attorney General Robert W. Henkels, states that Plaintiff has "several ongoing actions against the California Department of Corrections and Rehabilitation [("CDCR")] ongoing before this Court, and he has recently served settlement demands in each." Dkt. 38 at 2 in Case No. 19-cv-03691-YGR (PR). Attorney Henkels adds that "[c]ounsel for defendants in three of those matters are working together to determine whether they may resolve all such cases in a global settlement." *Id.* (citing Henkels Decl. ¶¶ 4-6); *see Stuckey v. Howard*, Case No. 19-cv-03691-YGR (PR), *Stuckey v. Woods*, Case No. 19-cv-03780-YGR (PR), *Stuckey v. Knight*, Case No. 19-cv-05460-YGR (PR). Attorney Henkels also notes that Plaintiff has filed other cases that are currently before this Court, including *Stuckey v. Sturdevant*, Case No. 20-cv-01898-YGR (PR) and *Stuckey v. CDCR*, Case No. 20-cv-05886-YGR (PR). Henkels Decl. ¶ 4 in Case No. 19-cv-03691-YGR (PR). Attorney Henkels adds as follows: "Plaintiff has served settlement demands in [*Howard*], in *Knight*, and in *Woods*. After speaking with [Defendants' counsel in Plaintiff's other matters], and with my supervisor, we believe it to be in the best interests of all parties and of the Court to make a concerted effort to see if we can resolve all the cases together through a global settlement process." *Id.* ¶ 5.

1  In view of the referral, further proceedings in this case are hereby STAYED. The Clerk
2  shall ADMINISTRATIVELY CLOSE this case until further order of the Court. If the case is not
3  settled, the Court will enter a new scheduling order for further proceedings. Thus, at this time, all
4  remaining pending motions are TERMINATED as moot, including Plaintiff's Motion for
5  Preliminary Injunction and Temporary Restraining Order, Motion for Leave to File a
6  Supplemental Complaint, and Motion for Leave to File an Amended Complaint as well as
7  Defendants' motions for an extension of time to file a dispositive motion. Dkts. 13, 14, 29, 31, 34.
8  This Order terminates Docket Nos. 13, 14, 29, 31, and 34.
9  IT IS SO ORDERED.

Dated: December 9, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge

cc: Magistrate Judge Robert M. Illman