UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY,<br><br>  Plaintiff,<br><br>  v.<br><br>JULIANN KNIGHT, et al.,<br><br>  Defendants. | Case No. 19-cv-05460-YGR (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUESTS FOR EXTENSIONS OF TIME TO FILE DISPOSITIVE MOTION AND REPLY IN SUPPORT OF DISPOSITIVE MOTION** |

Defendants T. Bauer, A. Phang, J. Knight, and S. Taylor (Defendants) filed a request for a four-day extension to file and serve a dispositive motion. Defendants' request for an extension of time is GRANTED. Dkt. 56. The time in which Defendants may file a dispositive motion will be extended *nunc pro tunc* to July 13, 2021, the date that Defendants' Motion for Summary Judgment was filed.

Thereafter, Plaintiff filed his opposition to Defendants' motion. Dkt. 68.

Defendants have since requested a forty-six day extension of time, up to and including September 24, 2021, to file and serve a reply in support of their dispositive motion. Having read and considered Defendants' motion and the declaration of Defendants' counsel supporting the motion, and for good cause appearing, Defendants' motion for an extension of time is GRANTED. Defendants may file a reply in support of their dispositive motion on or before **September 24, 2021**.

This Order terminates Docket Nos. 56 and 69.

IT IS SO ORDERED.

Dated: September 3, 2021

JUDGE YVONNE GONZALEZ ROGERS
United States District Judge